IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA TURNER | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 4:16-cv-02708 |
| | § | (JURY) |
| LIBERTY INSURANCE CORPORATION | § | |
| AND AIMEE MAXWELL | § | |

## JOINT MOTION FOR AGREED ORDER OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Patricia Turner and Defendants Liberty Insurance Corporation and Aimee Maxwell and file this Joint Motion for Dismissal With Prejudice, and in support thereof would show the Court as follows:

I.

The parties have settled all issues and claims between them in this matter and wish to fully and finally dispose of this lawsuit.

II.

Therefore, the parties desire that the Court sign an Agreed Order of Dismissal With Prejudice which will fully and finally dispose of all claims and issues by and between the parties, and accordingly ask the Court to sign an Order of Dismissal With Prejudice and present it to the Clerk of Court for entry.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Patricia Turner and Defendants Liberty Insurance Corporation and Aimee Maxwell pray this Court grant their Joint Motion for Agreed Order of Dismissal With Prejudice and sign the attached Agreed Order of Dismissal

With Prejudice, and for such other and further relief as to which they may show themselves to be entitled.

        Respectfully submitted,

        **SHEEHY, WARE & PAPPAS, P.C.**

      By:  */s/ J. Mark Kressenberg*
        J. Mark Kressenberg, Attorney in Charge
        JKressenberg@sheehyware.com
        Fed. Adm. No. 7793
        Texas State Bar No. 11725900
        Dawn A. Moore
        Dmoore@sheehyware.com
        Fed. Adm. No. 558181
        Texas State Bar No. 24040447
        909 Fannin Street
        Two Houston Center, Suite 2500
        Houston, Texas 77010-1003
        713-951-1000 Telephone
        713-951-1199 Telecopier

        **ATTORNEYS FOR THE DEFENDANTS**
        **LIBERTY INSURANCE CORPORATION**
        **AND AIMEE MAXWELL**

        And

        **CHAD T. WILSON LAW FIRM PLLC**

        _____
        Chad R. Wilson
        State Bar No. 24079587
        CWilson@wilsonlaw.com
        Stephen Mengis
        State Bar No. 24094842
        SMengis@cwilsonlaw.com
        1322 Space Park Drive, Suite A155
        Houston, Texas 77058
        (832) 415-1432
        (281) 940-2137 (facsimile)

        **ATTORNEYS FOR PLAINTIFF**
        **PATRICIA TURNER**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing in accordance with the Federal Rules of Civil Procedure on this the <u>19th</u> day of <u>April</u>, 2017, to the following counsel of record:

Chad T. Wilson
Stephen Mengis
CHAD T. WILSON LAW FIRM PLLC
1322 Space Park Drive, Suite A155
Houston, Texas 77058
(281) 940-2137 – Fax
eservice@cwilsonlaw.com
cwilson@cwilsonlaw.com
smengis@cwilsonlaw.com

                                                /s/ *J. Mark Kressenberg*
                                                J. Mark Kressenberg

2777183_1.docx